NEM:KCB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DIVARIS FRANCISCO QUIJADA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE SOUTHERN DISTRICT OF TEXAS
(Fed. R. Crim. P. 5)

Case No. 25-MJ-227

EASTERN DISTRICT OF NEW YORK, SS:

        Keval Patel, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

        On or about March 11, 2025, the United States District Court for the Southern District of Texas issued an arrest warrant commanding the arrest of DIVARIS FRANCISCO QUIJADA for improper entry by an alien, in violation of Title 8, United States Code, Section 1325(a)(1).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.      On or about March 11, 2025, the Honorable Ignacio Torteya, United States Magistrate Judge for the United States District Court for the Southern District of Texas, signed a criminal complaint (the "Complaint") charging the defendant DIVARIS FRANCISCO QUIJADA

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

with violating Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien). A true and correct copy of the Complaint is attached as Exhibit A.

2.  In connection with the Complaint, on or about March 11, 2025, the United States District Court for the Southern District of Texas issued a warrant for the arrest of the defendant DIVARIS FRANCISCO QUIJADA (the "Warrant"). A true and correct copy of the Warrant is attached as Exhibit B.

3.  On or about July 2, 2025, the defendant DIVARIS FRANCISCO QUIJADA was arrested by law enforcement pursuant to the Warrant at his residence in Queens, New York.

4.  At the time of his arrest on July 2, 2025, the defendant DIVARIS FRANCISCO QUIJADA had at his residence a photocopy of a Venezuelan passport, which listed the same name and date of birth as the DIVARIS FRANCISCO QUIJADA who is wanted in the Southern District of Texas. Also at the time of his arrest on July 2, 2025, the defendant had at his residence a health insurance card which also listed his name. At the time of his arrest on July 2, 2025, the defendant also provided law enforcement the same name as the DIVARIS FRANCISCO QUIJADA who is wanted in the Southern District of Texas. Other individuals at the defendant's residence identified a photograph of the DIVARIS FRANCISCO QUIJADA who is wanted in the Southern District of Texas as living within the residence. Finally, I have confirmed that the defendant matches the appearance of a photograph of the DIVARIS FRANCISCO QUIJADA who is wanted in the Southern District of Texas.

5.  Based on the foregoing, I submit that there is probable cause to believe that the defendant is the DIVARIS FRANCISCO QUIJADA who is wanted in the Southern District of Texas.

3

WHEREFORE, your deponent respectfully requests that the defendant DIVARIS FRANCISCO QUIJADA be removed to the Southern District of Texas so that he may be dealt with according to law.

_____
Keval Patel
Special Agent, United States Department of
Homeland Security, Homeland Security
Investigations

Sworn to before me this
2 day of July, 2025

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
**FILED**

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

*March 11, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25-PO-547 |
| Divaris Francisco QUIJADA | ) | |
| *Defendant(s)* | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/13/2023 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1325(a)(1) | knowingly and willfuly enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States having been convicted of illegal entry under Title 8, United States Code, Section 1325(a)(1), a misdemeanor, |

This criminal complaint is based on these facts:

On or about December 13, 2023, the defendant, Divaris Francisco QUIJADA, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River and was apprehended by United States Border Patrol Agent Daniel Skaines at a time and place other than as designated by Immigration Officers near Brownsville, Texas. At the Rio Grande Valley Sector Centralized Proccessing Center QUIJADA was asked to make a Sworn Statement by Border Patrol Agent Matrin Gody as part of the Expedited Removal Proceedings. Service Form I-867 A/B was read and explained to QUIJADA. QUIJADA admitted to being a citizen and national of VENEZUELA without the necessary legal documents to enter, pass through, or remain in the United States. QUIJADA also admitted to illegally crossing the international boundary without being inspected by an Immigration Officer at a designated Port of Entry. QUIJADA was processed for Expedited Removal - Credible Fear Referral and released pending credible fear referral decision.

☐ Continued on the attached sheet.

*Complainant's Signature*

Jaime Gonzalez    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1
March 11, 2025
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya    U.S. Magistrate Judge
*Printed name and title*

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

FD# 11777589

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Divaris Francisco QUIJADA | ) Case No. 1:25-PO-547 |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

### ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Divaris Francisco QUIJADA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about December 13, 2023, the defendant, Divaris Francisco QUIJADA, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River and was apprehended by United States Border Patrol Agent Daniel Skaines at a time and place other than as designated by Immigration Officers near Brownsville, Texas.

Date: March 11, 2025

*Issuing officer's signature*

City and state: Brownsville, Texas          U.S. Magistrate Judge Ignacio Torteya, III
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*